ELEANORE CLUBB, for Herself and Other Stockholders of
  the CAFETAL CARLOTA COMPANY, Appellant, *v.* GEORGE
  D. COOK et al., Respondents, Impleaded with Another.

*Clubb* v. *Cook*, 161 App. Div. 775, affirmed.
(Argued March 12, 1917; decided March 27, 1917.)

APPEAL from a judgment, entered April 29, 1914, upon
an order of the Appellate Division of the Supreme Court

in the first judicial department, reversing an interlocutory judgment of Special Term and directing a dismissal of the complaint in an action for an accounting. The essential parts of the complaint are the allegations that the defendant Cook is the controlling factor of the corporation; that he and Turner, as copartners, are bankers and have acted as financing agents of the corporation and have received and disbursed funds of the corporation; that the defendant corporation has failed to keep proper records of its receipts and disbursements, and that expert accountants have endeavored to obtain from the records of the company statements of receipts and disbursements and have been baffled by the fragmentary and incomplete records and by the refusal of Cook and Turner to give access to the records of the partnership. The demand for relief is that the defendant Cook individually be compelled to account for his official acts of the management of the affairs of the company; that the defendants Cook and Turner, as copartners, account for their conduct and the management and disposition of the corporation committed to their charge; that the defendants may be compelled to pay to the corporation any money or property acquired to themselves or lost or wasted by violation of his or their duties to the said corporation.

*Herman S. Hertwig* for appellant.

*Robert B. Honeyman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: COLLIN, J.